IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-00264-D

| | |
|---|---|
| SABRINA GOUTHIER,<br><br>Plaintiff,<br><br>ANDREW SAUL,[1]<br>Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) ORDER APPROVING ATTORNEY<br>) FEES PURSUANT TO 42 U.S.C. § 406(b)<br>)<br>)<br>) |

Upon consideration of Plaintiff's petition for attorney's fees pursuant to 42 U.S.C. §§ 406(b) and 1383(d)(2), and Defendant's response, it is this ⁊ day of May, 2021, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Plaintiff's counsel is awarded an attorney's fee pursuant to the Social Security Act, 42 U.S.C. §§ 406(b) and 1383(d)(2), in the amount of $10,412.13 (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees she previously received under the Equal Access Justice Act (EAJA) ($8,400), 28 U.S.C. § 2412.

SO ORDERED. This ⁊ day of May, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).