UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SABRINA GOUTHIER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:19-CV-264-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel is awarded an attorney's fee pursuant to the Social Security Act, 42 U.S.C. §§ 406(b) and 1383(d)(2), in the amount of $10,412.13 (or 25% of Plaintiffs past-due benefits, whichever is less). Plaintiffs counsel will reimburse Plaintiff any fees she previously received under the Equal Access Justice Act (EAJA) ($8,400), 28 U.S.C. §2412.

**This Judgment Filed and Entered on May 7, 2021, and Copies To:**
Charlotte Williams Hall                                (via CM/ECF electronic notification)
Cassia W. Parson                                         (via CM/ECF electronic notification)


DATE:                                                             PETER A. MOORE, JR., CLERK
May 7, 2021                                                 (By) /s/ Nicole Sellers
                                                                          Deputy Clerk